IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BRISTOL-MYERS SQUIBB CO.,<br>E. R. SQUIBB & SONS L.L.C.,<br>ONO PHARMACEUTICAL CO., LTD.,<br>and TASUKU HONJO,<br><br>               Plaintiffs,<br><br>               v.<br><br>EMD SERONO, INC.,<br>MERCK KGaA, and PFIZER INC.,<br><br>               Defendants.<br><br>PFIZER INC., WYETH LLC,<br>GENETICS INSTITUTE, LLC,<br>EMD SERONO, INC., and MERCK KGaA,<br><br>             Counterclaim Plaintiffs,<br><br>               v.<br><br>BRISTOL-MYERS SQUIBB CO.,<br>E. R. SQUIBB & SONS L.L.C.,<br>ONO PHARMACEUTICAL CO., LTD.,<br>and TASUKU HONJO,<br><br>             Counterclaim Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 17-1029 (GMS)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SUBSEQUENT ACTIVITY

Defendants Pfizer Inc., Merck KGaA, and EMD Serono, Inc. and Counterclaim Plaintiffs Wyeth LLC and Genetics Institute, LLC (collectively, "Pfizer") wish to provide an update to their Notice of Subsequent Activity filed on March 26, 2018 (D.I. 52). The trial in the inventorship litigation pending in the District of Massachusetts captioned *Dana-Farber Cancer Institute, Inc. v. Ono Pharmaceutical Co., Ltd., Tasuku Honjo, E.R. Squibb & Sons, L.L.C., and Bristol-Myers Squibb Co.*, Civil Action No. 1:15-cv-13443-MLW (D. Mass.) ("the D. Mass.

action") has recently been rescheduled to commence on February 5, 2018, as reflected in D.I. 265 attached to this notice as Exhibit A. Pfizer believes that this information is relevant to Pfizer's motion to stay this action pending the outcome of the D. Mass. action (D.I. 13) and related briefing (D.I. 14, 23 & 32).

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jack B. Blumenfeld* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
|  | Megan E. Dellinger (#5739) |
| Peter J. Armenio, P.C. | 1201 North Market Street |
| Robert B. Wilson | P.O. Box 1347 |
| Laura L. Fairneny | Wilmington, DE  19899 |
| Anastasia M. Fernands | (302) 658-9200 |
| QUINN EMANUEL URQUHART, | jblumenfeld@mnat.com |
|   & SULLIVAN, LLP | mdellinger@mnat.com |
| 51 Madison Avenue, 22nd Floor |  |
| New York, NY  10010 | *Attorneys for Defendants and Counterclaim Plaintiffs* |
| (212) 849-7000 |  |

November 19, 2018

2

**CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 19, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Joseph J. Farnan, Jr., Esquire<br>Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Dianne B. Elderkin, Esquire<br>Steven D. Maslowski, Esquire<br>Matthew A. Pearson, Esquire<br>Angela Verrecchio, Esquire<br>Melissa Gibson, Esquire<br>Jason Weil, Esquire<br>Matthew George Hartman, Esquire<br>Jenna Marie Pellecchia, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2001 Market Street, Suite 4100<br>Philadelphia, PA  19103<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Rachel Elsby, Esquire<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C.  20036<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

/s/ *Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)