# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS L.L.C., <br> ONO PHARMACEUTICALS CO., LTD., and <br> TASUKU HONJO, <br><br> Plaintiffs, <br><br> v. <br><br> EMD SERONO, INC., MERCK KGaA, and <br> PFIZER INC. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | C.A. No. 17-cv-1029-CFC |
| PFIZER INC., WYETH LLC, GENETICS <br> INSTITUTE, LLC, EMD SERONO, INC., <br> and MERCK KGaA, and <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> BRISTOL-MYERS SQUIBB CO., <br> E. R. SQUIBB & SONS L.L.C., <br> ONO PHARMACEUTICALS CO., LTD., and <br> TASUKU HONJO, <br><br> Counterclaim Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |

## **STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby agree and stipulate to the dismissal of all claims, including counterclaims, in this action, with prejudice, as the case has been settled with each party bearing its own attorneys' fees, costs, and expenses.

| | |
|---|---|
| Dated: February 6, 2019 | Respectfully Submitted, |
| **FARNAN LLP** | **MORRIS, NICHOLS, ARSHT, & TUNNELL LLP** |
| /s/ *Brian E. Farnan*<br>Joseph J. Farnan, Jr. (#100245)<br>Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ *Jack B. Blumenfeld*<br>Jack B. Blumenfeld (#1014)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br><br>*Counsel for Defendants and Counterclaim Plaintiffs EMD Serono, Inc., Merck KGaA, Pfizer Inc., Wyeth LLC and Genetics Institute, LLC* |
| *Counsel for Plaintiffs Bristol-Myers Squibb Co., E. R. Squibb & Sons L.L.C., Ono Pharmaceutical Co., Ltd., and Tasuku Honjo* | |

IT IS SO ORDERED this _____ day of February, 2019.

_____
The Honorable Colm F. Connolly